

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00461-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NA, AS TRUSTEE**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice (not participating)
                Liza A. Rodriguez, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.



Michael A. Cruz,
Clerk of Court